# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CRIMINAL ACTION 19-463** |
| : | **CIVIL ACTION 22-5256** |
| **JOSE MANUEL FIGUEROA** : | |
| a/k/a "Geo" : | |

## ORDER

This 4th day of August, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Vacate, Set Aside, or Correct Sentence, ECF 133, is **DENIED**. There is no basis on which to issue a certificate of appealability.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge