**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| **v.** | : | **CRIMINAL ACTION 19-463** |
| | : | |
| JOSE MANUEL FIGUEROA | : | |
| a/k/a "Geo" | : | |

**McHUGH, J.**                                                                                           **April 9, 2026**

**<u>MEMORANDUM</u>**

Currently pending are three motions which represent the latest in an endless volley that Mr. Figueroa has filed since he pleaded guilty in 2021. All three motions lack merit and will be denied.

As to the two motions to reduce sentence which challenge purported errors in calculation by the Bureau of Prisons, ECF 214 and ECF 222, the Government is correct that Mr. Figueora must first exhaust administrative remedies. Thereafter, the proper remedy is to proceed pursuant to 28 U.S.C. § 2241, *see Coady v. Vaughn,* 251 F.3d 480, 485 (3d Cir. 2001), in the district where he is in custody, currently New Jersey. *Rumsfeld v. Padilla,* 542 U.S. 426, 447 (2004).

As to his further motion to reduce sentence under 18 U.S.C. § 3582(c)(2), ECF 225, he attacks his prosecution as vindictive, characterizing it as a "Hate Crime," and argues that his Guideline range was not properly calculated at sentencing.

§ 3582(c)(2) is not applicable here, as Mr. Figueroa does not cite any retroactive amendment to the Sentencing Guidelines. Furthermore, as the Government correctly observes, the objections he raises fall within the ambit of direct appeal or collateral attack, and similar arguments have previously been rejected by the Court. ECF 157, ECF 167 and ECF 205.

An order denying relief as to all three motions follows.


   /s/ Gerald Austin McHugh    
United States District Judge