**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CRIMINAL ACTION 19-463** |
| | : | |
| **JOSE MANUEL FIGUEROA** | : | |
| **a/k/a "Geo"** | : | |

**ORDER**

This 9th day of April, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motions to Reduce Sentence, ECF 214 and ECF 222, are **DENIED**.

It is further **ORDERED** that Defendant's Motion pursuant to 18 U.S.C. § 3582(c)(2), ECF 225, is **DENIED.**

 /s/ Gerald Austin McHugh
United States District Judge